UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMPIRE TRUST, *et al.,*

                Plaintiffs.     Case No.: 7:24-00859-KMK

   v.

JOSEPH R. CELLURA, *et al.,*

                Defendants.

---

### DEFENDANTS JOSEPH R. CELLURA AND EMILIA BAER CELLURA'S MOTION TO DISQUALIFY DOUGLAS R. DOLLINGER AND DOUGLAS R. DOLLINGER, P.C. & ASSOCIATES AS COUNSEL

PLEASE TAKE NOTICE that Defendants Joseph R. Cellura and Emilia Baer Cellura (collectively "Cellura") move this Court before the Hon. Kenneth M. Karas, United States District Judge, United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4150, at a date and time designated by the Court, for an Order granting their Motion to disqualify Douglas R. Dollinger and the law firm Douglas R. Dollinger, P.C. & Associates as counsel for all Plaintiffs in this matter.

In support of Cellura's Motion, they rely upon the contemporaneously filed Memorandum of Law and Declaration of Joseph R. Cellura.

Date: June 10, 2024

                        **LIPPES MATHIAS LLP**

                        *s/ Richard M. Scherer, Jr.*
                        Richard M. Scherer, Jr., Esq.
                        Tessa R. Scott, Esq.
                        Attorneys for Defendants
                        Joseph R. Cellura and Emilia Baer Cellura
                        50 Fountain Plaza, Suite 1700
                        Buffalo, NY 14202
                        P: 716-853-5100
                        F: 716-853-5199
                        E: rscherer@lippes.com
                        E: tscott@lippes.com