UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE TRUST, LLC, *et al.*,

                              Plaintiffs,

        v.

JOSEPH R. CELLURA, EMELIA BAER
CELLURA, MALIBU 55 INC. AND DOES
1-3,

                              Defendants.

No. 24-CV-859 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On June 10, 2024, Defendants moved to disqualify Plaintiffs' counsel Douglas Dollinger.

(*See* Not. of Mot. (Dkt. No. 32).)  That Motion is denied as moot because Plaintiffs have

substituted new counsel in Mr. Dollinger's place.  (*See* Dkt. No. 39).  The Court leaves to

Defendants whether to pursue any further litigation regarding this matter.  *See THOIP v. Walt*

*Disney Co.*, No. 08-CV-6823, 2009 WL 125074 (S.D.N.Y. Jan. 20, 2009).  The Clerk of Court is

respectfully directed to terminate the pending Motion.  (Dkt. No. 32.)


SO ORDERED.

Dated:    July 18, 2024
          White Plains, New York

                              _____
                                  KENNETH M. KARAS
                                United States District Judge